IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT JEFFREY TLUSTY,

    Plaintiff,

v.                                      Case No. 5:24cv167/MCR/MJF

ALEXANDER, et al.,

    Defendants.
_____/

**O R D E R**

The magistrate judge issued a Report and Recommendation dated December 24, 2024.  ECF No. 15.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation, ECF No. 15, is adopted and incorporated by reference in this order.

    2.    This action is DISMISSED under 28 U.S.C. §§1915(e)(2)(B)(ii) and

1915A(b), for failure to state a claim on which relief can be granted.

3. The clerk is directed to close the file.

**DONE and ORDERED** this 24th day of April 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**